UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRK WAHL,

    Plaintiff,                                           Case No. 13-cv-12793
                                                        Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #13),
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(ECF #11), AND DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT (ECF #9)</u>**

On June 23, 2014, Magistrate Judge Patricia T. Morris issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff Kirk Wahl's Motion for Summary Judgment (ECF #9) and grant the Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #11). (*See* ECF #13.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 31, Pg. ID 739.)

Neither party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir.1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to the

Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's June 23, 2014, Report and Recommendation (ECF #13) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Plaintiff's October 9, 2013, motion for summary judgment (ECF #9) is **DENIED**, and that Defendant's December 9, 2013, motion for summary judgment (ECF #11) is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 15, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2014, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113